*AMENDED

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

AO 10
Rev. 1/2015

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, William E. | U.S. Court of Appeals, 5th Cir | 06/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2015 to 12/31/2015 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

800 Lafayette St.
Suite 5100
Lafayette, LA 70501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Partnership composed of Michael R. Morton and me on property listed under Item VII. Partnership exists solely to own and rent real estate. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Davis, William E. | 06/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 12/31/15 | Tanner Companies, Inc. (self-employed retail sales-woman's clothing (S)) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney National Bank, successor to First National Bank, Lafayette, LA 70509 | An in rem mortgage (no personal liability) is in effect on office building and warehouse | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 06/09/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking acct. Whitney Bank Lafayette, LA | A | Interest | J | T | | | | | |
| 2. 1/2 Interest-New Iberia,LA,office building & warehouse | E | Rent | M | W | | | | | |
| 3. Common stock, Land Coast Insulation, Inc. | A | Dividend | K | W | | | | | |
| 4. Vanguard Shrot Term Tax Exe (1/2 interest) | A | Interest | L | T | | | | | |
| 5. Short Term Tax Exempt Inv (VWSTX) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 6. | | | | | Sold (part) | 02/17/15 | J | A | |
| 7. | | | | | Sold (part) | 11/27/15 | J | A | |
| 8. Regions Bank CD | A | Dividend | K | T | | | | | |
| 9. Edge Petroleum | A | Royalty | J | T | | | | | |
| 10. Home Bank Stock | A | Dividend | K | T | | | | | |
| 11. Western Asset (C) | A | Interest | J | T | | | | | |
| 12. CS ▓▓▓▓ | | | | | | | | | |
| 13. Charles Schwab Money Market | | None | J | T | | | | | |
| 14. Virtus Foreign Opp (JVIAX) | | None | K | T | | | | | |
| 15. Vanguard International Value (VTRIX) | | None | | | Sold | 04/02/15 | L | C | |
| 16. Vanguard Intl Explorer Fd (VINEX) | | None | K | T | | | | | |
| 17. Fedeility Latin America FD (FLATX) | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Davis, William E. | | 06/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Matthews Pacific Tiger (MAPTX) | | None | J | T | | | | | |
| 19. Matthews Asia Small (MSMLX) | | None | K | T | | | | | |
| 20. T Rowe Price New Asia Fd (PRASX) | | None | J | T | | | | | |
| 21. Oakmark International I (OAKIX) | | None | K | T | Buy | 04/02/15 | L | | |
| 22. | | | | | Sold (part) | 09/25/15 | J | A | |
| 23. CS ▒ | | | | | | | | | |
| 24. Charles Schwab Money Market | | None | J | T | | | | | |
| 25. American Express (AXP) (Y) | A | Dividend | | | | | | | |
| 26. Annaly Mtg Management (NLY) (Y) | A | Dividend | | | | | | | |
| 27. Barrick Gold Corp (ABX) | | None | | | Sold | 01/27/15 | J | A | |
| 28. Baxter International Inc. (BAX) (Y) | A | Dividend | | | | | | | |
| 29. Bed Bath & Beyond (BBBY) (Y) | | None | | | | | | | |
| 30. Chubb Corporation (CB) (Y) | A | Dividend | | | | | | | |
| 31. Cisco Systems Inc. (CSCO) (Y) | A | Dividend | | | | | | | |
| 32. CVS Corp (CVS) (Y) | A | Dividend | | | Sold (part) | 01/06/15 | J | B | |
| 33. Diamond Offshore (DO) (Y) | | None | | | | | | | |
| 34. Dr. Pepper Snapple Group (DPS) | A | Dividend | | | Sold | 02/18/15 | J | C | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
          P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 06/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 04/09/15 | J | C | |
| 36. eBay (EBAY) (Y) | | None | | | | | | | |
| 37. Exelon Corporation (Y) | A | Dividend | | | | | | | |
| 38. Express Scripts (ESRX) (Y) | | None | | | | | | | |
| 39. GlaxoSmithkline PLC ADR (GSK) (Y) | A | Dividend | | | | | | | |
| 40. Honda Motor Co. (HMC) (Y) | A | Dividend | | | | | | | |
| 41. Ishares Russell 1000 value (IWD) (Y) | A | Dividend | | | Sold (part) | 04/21/15 | J | A | |
| 42. Johnson & Johnson (JNJ) (Y) | A | Dividend | | | | | | | |
| 43. Mack Cali Reality Corp (CLI) (Y) | A | Dividend | | | | | | | |
| 44. Medtronic Inc (MDT) (Y) | A | Dividend | | | Buy (add'l) | 01/27/15 | J | | |
| 45. | | | | | Sold (part) | 02/13/15 | J | | |
| 46. Microsoft Corp (MSFT) (Y) | A | Dividend | | | | | | | |
| 47. Molson Coors Brewing Clb (TAP) (Y) | A | Dividend | | | | | | | |
| 48. Newmont Mining Corp (NEM) | | None | | | Sold | 01/26/15 | J | A | |
| 49. Pepsico Inc. (PEP) (Y) | A | Dividend | | | | | | | |
| 50. PNC Finl Services Gp Inc (PNC) (Y) | A | Dividend | | | | | | | |
| 51. Proctor & Gamble Co. (PG) (Y) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 06/09/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Qualcomm Inc. (Y) | A | Dividend | | | Buy | 01/30/15 | J | | |
| 53. Sun Trust Banks (STI) (Y) | A | Dividend | | | | | | | |
| 54. Southwestern Energy Co. (SWN) (Y) | | None | | | Buy (add'l) | 01/05/15 | J | | |
| 55. | | | | | Buy (add'l) | 04/16/15 | J | | |
| 56. Taiwan Semiconductr Adrf (TSM) (Y) | | None | | | | | | | |
| 57. Target Corp (TGT) (Y) | A | Dividend | | | | | | | |
| 58. Torchmark Corporation (TMK) (Y) | A | Dividend | | | | | | | |
| 59. T. Rowe Price Group (TROW) (Y) | A | Dividend | | | | | | | |
| 60. Travelers Companies (Y) | A | Dividend | | | | | | | |
| 61. US Bancorp (USB) (Y) | A | Dividend | | | | | | | |
| 62. Wal-Mart Stores Inc. (WMT) (Y) | A | Dividend | | | | | | | |
| 63. Wells Fargo & Company (WFC) (Y) | A | Dividend | | | | | | | |
| 64. CS | | | | | | | | | |
| 65. Charles Schwab Money Market | | None | K | T | | | | | |
| 66. Total Return Bond (TGLMX) | A | Dividend | | | Sold | 06/18/15 | L | C | |
| 67. Loomis Sayles Senior (LSFYX) | A | Dividend | | | Sold | 06/18/15 | K | A | |
| 68. Pimco Income Inst (PIMIX | A | Dividend | | | Sold | 06/18/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 06/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Templeton Global Bond (TPICZ) | A | Dividend | | | Sold | 06/18/15 | K | A | |
| 70. | Doubleline Low Duration (DBLSX) | A | Dividend | | | Sold | 06/18/15 | L | A | |
| 71. | Vanguard Short Term (VFSUX) | B | Dividend | L | T | | | | | |
| 72. | Louisiana Loc Govt ▓ | A | Interest | K | T | | | | | |
| 73. | Webster Parish | A | Interest | | | Redeemed | 03/01/15 | K | A | |
| 74. | Vanguard Div Growth Fd (VDIGX) | C | Dividend | M | T | | | | | |
| 75. | Vanguard Total Stk Mkt (VTSAX) | B | Dividend | M | T | | | | | |
| 76. | EPSI | | None | | | Sold | 12/24/15 | J | A | |
| 77. | Target Retirement 2010 (VTENX) | C | Dividend | M | T | | | | | |
| 78. | CS ▓ | | | | | | | | | |
| 79. | Monlag & Caldwell Growth (MCGFX) | | None | K | T | | | | | |
| 80. | CS ▓ | | | | | | | | | |
| 81. | Charles Schwab Money Market | | None | K | T | | | | | |
| 82. | American Express (AXP) (X) | | None | | | Buy (add'l) | 02/13/15 | J | | |
| 83. | | | | | | Sold | 05/22/15 | J | A | |
| 84. | Annaly Mtg Management (NLY) (X) | | None | | | Sold | 05/22/15 | J | | |
| 85. | Baxter International Inc. (BAX) (X) | | None | | | Sold | 05/22/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 06/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Bed Bath & Beyond (BBBY) (X) | | None | J | T | | | | | |
| 87. Broad Based Cnsm Cr II | C | Distribution | M | T | Buy | 06/30/15 | M | | |
| 88. | | | | | Sold (part) | 08/24/15 | J | | |
| 89. | | | | | Sold (part) | 09/22/15 | J | | |
| 90. | | | | | Sold (part) | 09/30/15 | J | | |
| 91. | | | | | Sold (part) | 10/30/15 | J | | |
| 92. | | | | | Sold (part) | 11/30/15 | J | | |
| 93. Chubb Corporation (CB) (X) | | None | | | Sold | 05/22/15 | J | B | |
| 94. Cisco Systems Inc. (CSCO) (X) | A | Dividend | J | T | | | | | |
| 95. CVS Corp (CVS) (X) | A | Dividend | J | T | | | | | |
| 96. Diamond Offshore (DO) (X) | | None | | | Sold | 05/22/15 | J | A | |
| 97. eBay (EBAY) (X) | | None | | | Sold | 05/22/15 | J | B | |
| 98. Exelon Corporation (EXC) (X) | A | Dividend | | | Sold | 05/22/15 | K | B | |
| 99. Express Scripts (ESRX) (X) | | None | | | Sold | 05/22/15 | K | C | |
| 100. GlaxcoSmithkline PLC ADR (GSK) (X) | A | Dividend | | | Sold | 05/22/15 | J | | |
| 101. Honda Motor Co (HMC) (X) | A | Dividend | J | T | | | | | |
| 102. Ishares Russell (IWD) (X) | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 06/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Johnson & Johnson (JNJ) (X) | A | Dividend | J | T | | | | | |
| 104.  Longlwaf Small Cap (LLSCX) | | None | K | T | Buy (add'l) | 03/16/15 | J | | |
| 105. | | | | | Buy (add'l) | 05/22/15 | K | | |
| 106. | | | | | Sold (part) | 08/21/15 | L | | |
| 107. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 108. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 109.  Mack Cali Reality Corp (MSFT) (X) | | None | | | Sold | 05/22/15 | J | | |
| 110.  Medtronic Inc. (MDT) (X) | A | Dividend | J | T | | | | | |
| 111.  Microsoft Corp (MSFT) (X) | A | Dividend | K | T | | | | | |
| 112.  Molson Coors Brewing Clb (TAP) (X) | | None | | | Sold | 05/22/15 | K | C | |
| 113.  Oakmark International 1 (OAKIX) | A | Dividend | K | T | Buy | 04/02/15 | J | | |
| 114. | | | | | Buy (add'l) | 05/22/15 | K | | |
| 115.  Pepsico Inc. (PEP) (X) | | None | | | Sold | 05/22/15 | K | C | |
| 116.  PNC Finl Services Gp Inc (PNC) (X) | A | Dividend | K | T | | | | | |
| 117.  Principal Midcap Inst (PCBIX) | A | Dividend | L | T | Buy (add'l) | 03/16/15 | J | | |
| 118. | | | | | Buy (add'l) | 05/22/15 | K | | |
| 119. | | | | | Buy (add'l) | 08/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 06/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Proctor & Gamble Co (PG) (X) | | None | | | Sold | 05/22/15 | J | | |
| 121. Qualcomm Inc. (X) | A | Dividend | J | T | | | | | |
| 122. Salient MLP & Energy (SMLPX) | A | Dividend | | | Sold | 08/21/15 | K | | |
| 123. Sun Trust Banks (STI) (X) | A | Dividend | J | T | | | | | |
| 124. Southwestern Energy Co (SWN) (X) | | None | | | Sold | 05/22/15 | J | | |
| 125. Spdr S&P 500 Etf (SPY) | B | Dividend | L | T | Buy | 05/22/15 | L | | |
| 126. Taiwan Semiconductr Adrf (TSM) (X) | | None | | | Sold | 05/22/15 | J | C | |
| 127. Target Corp (TGT) (X) | A | Dividend | K | T | | | | | |
| 128. Thornburg Developing World (THDIX) | A | Dividend | J | T | Buy (add'l) | 04/02/15 | J | | |
| 129. Torchmark Corporation (TMK) (X) | | None | | | Sold | 05/22/15 | J | B | |
| 130. Tortoise Mlp & Pipeline (TORTX) | A | Dividend | K | T | Buy | 08/21/15 | K | | |
| 131. T. Rowe Price Group (TROW) (X) | | None | | | Sold | 05/22/15 | J | A | |
| 132. Travelers Companies (TRV) (X) | | None | | | Sold | 05/22/15 | J | B | |
| 133. US Bancorp (USB) (X) | A | Dividend | J | T | | | | | |
| 134. Vanguard Dividend Appreciation Eft | A | Dividend | K | T | Buy | 05/22/15 | K | | |
| 135. Vanguard International Value Fund (VTRIX) | | None | | | Sold | 04/02/15 | J | | |
| 136. Vanguard Small-Cap Etf | A | Dividend | L | T | Buy | 08/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 06/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 08/21/15 | L | | |
| 138. Wells Fargo & Company (WFC) (X) | A | Dividend | K | T | | | | | |
| 139. Wal-Mart Stores Inc (WMT) (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 06/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 5, line 25 - This asset was transferred to another account. See page 8, line 82.
2) Part VII, page 5, line 26 - This asset was transferred to another account. See page 8, line 84.
3) Part VII, page 5, line 28 - This asset was transferred to another account. See page 8, line 85.
4) Part VII, page 5, line 29 - This asset was transferred to another account. See page 9, line 86.
5) Part VII, page 5, line 30 - This asset was transferred to another account. See page 9, line 93.
6) Part VII, page 5, line 31 - This asset was transferred to another account. See page 9, line 94.
7) Part VII, page 5, line 32 - This asset was transferred to another account. See page 9, line 95.
8) Part VII, page 5, line 33 - This asset was transferred to another account. See page 9, line 96.
9) Part VII, page 6, line 36 - This asset was transferred to another account. See page 9, line 97.
10) Part VII, page 6, line 37 - This asset was transferred to another account. See page 9, line 98.
11) Part VII, page 6, line 38 - This asset was transferred to another account. See page 9, line 99.
12) Part VII, page 6, line 39 - This asset was transferred to another account. See page 9, line 100.
13) Part VII, page 6, line 40 - This asset was transferred to another account. See page 9, line 101.
14) Part VII, page 6, line 41 - This asset was transferred to another account. See page 9, line 102.
15) Part VII, page 6, line 42 - This asset was transferred to another account. See page 10, line 103.
16) Part VII, page 6, line 43 - This asset was transferred to another account. See page 10, line 109.
17) Part VII, page 6, line 44 - This asset was transferred to another account. See page 10, line 110.
18) Part VII, page 6, line 46 - This asset was transferred to another account. See page 10, line 111.
19) Part VII, page 6, line 47 - This asset was transferred to another account. See page 10, line 112.
20) Part VII, page 6, line 49 - This asset was transferred to another account. See page 10, line 115.
21) Part VII, page 6, line 50 - This asset was transferred to another account. See page 10, line 116.
22) Part VII, page 6, line 51 - This asset was transferred to another account. See page 11, line 120.
23) Part VII, page 7, line 52 - This asset was transferred to another account. See page 11, line 121.
24) Part VII, page 7, line 53 - This asset was transferred to another account. See page 11, line 123.
25) Part VII, page 7, line 54 - This asset was transferred to another account. See page 11, line 124.
26) Part VII, page 7, line 56 - This asset was transferred to another account. See page 11, line 126.
27) Part VII, page 7, line 57 - This asset was transferred to another account. See page 11, line 127.
28) Part VII, page 7, line 58 - This asset was transferred to another account. See page 11, line 129.
29) Part VII, page 7, line 59 - This asset was transferred to another account. See page 11, line 131.
30) Part VII, page 7, line 60 - This asset was transferred to another account. See page 11, line 132.
31) Part VII, page 7, line 61 - This asset was transferred to another account. See page 11, line 133.
32) Part VII, page 7, line 62 - This asset was transferred to another account. See page 12, line 139.
33) Part VII, page 7, line 63 - This asset was transferred to another account. See page 12, line 138.

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 06/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William E. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544